# Complaint Synopsis

*Defendant requires Spanish language interpreter. *

| Name: | Cuauhtemoc Alfredo Diaz-Lopez |
|---|---|
| Address: (City & State Only) | Danville, Virginia |
| Year of Birth and Age: | 1992/32 years old |
| Violations: | Count 1: Illegal Re-entry of Alien after Prior Deportation |
| Penalties: | Count 1: Imprisonment of not more than two years (8 U.S.C. § 1326(a)) and/or a fine not to exceed $250,000 (8 U.S.C. §1326(b)(2), 18 U.S.C. §3571(b)(3)). This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(3). |
| Supervised Release: | Count 1: Not more than one year. 18 U.S.C. § 3583(b)(3). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count 1: Not more than one year. 18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Count 1: One year less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | To be appointed |
| Primary Investigative Agency and Case Agent Name: | U.S. Border Patrol Agent Scott Hanton |
| Detention Status: | Detained in immigration custody |
| Foreign National: | Yes |
| Foreign Consular Notification Provided: | Yes, declined notification request |
| County: | York |

| **AUSA:** | Anne Yereniuk |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |